IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,      )
                               )
v.                             )      Case No.  CR416-78
                               )
ROEMAIN BENNET, ET AL,         )
                               )
              Defendant.       )


UNITED STATES OF AMERICA,      )
                               )
v.                             )      Case No.  CR416-87
                               )
STEPHEN KEMP, ET AL,           )
                               )
              Defendant.       )

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUN 22 AM 10:56
CLERK
SO. DIST. OF GA.

## ORDER

Carlton R. Bourne, Jr., counsel of record for the United
States of America in the above-styled cases, has moved for leave of
absence.  The Court is mindful that personal and professional
obligations require the absence of counsel on occasion. The Court,
however, cannot accommodate its schedule to the thousands of
attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing
shall prevent these cases from going forward; all discovery shall
proceed, status conferences, pretrial conferences, and  trial shall

not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

**SO ORDERED** this _22ᵈᵈ_ day of June 2016.

_____

HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA