AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:16cr87-1 |
| ) | |
| Nicholas Kemp ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | US District Court<br>8 Southern Oaks Ct.<br>Savannah, GA | Courtroom No.: Magistrate Judge Ray - CR2 |
|---|---|---|
| | | Date and Time: 08/04/2022 at 10:30 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 07/29/2022

_____
*Judge's signature*

U.S. Magistrate Judge Christopher L. Ray
*Printed name and title*